UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-21310-CIV-ALTONAGA/O'Sullivan

**RENZO BARBERI**,

    Plaintiff,
vs.

**EVAPORS, LLC** and **ALFREDO MARTIN PROPERTIES, INC.**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Plaintiff's Motion for Extension of Time [ECF No. 12], filed on June 13 2016. Plaintiff requests an extension of time for Defendants to respond to the Complaint because the parties are actively negotiating a settlement agreement. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

CASE NO. 16-21310-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of June, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record