## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21310-CIV-ALTONAGA/O'Sullivan

RENZO BARBERI,

       Plaintiff,

       vs.

EVAPORS, LLC, a Florida
Limited Liability Company,
and ALFREDO MARTIN
PROPERTIES, INC., a Florida
Profit Corporation

       Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

       Plaintiff, RENZO BARBERI, (the "Plaintiff"), by and through his counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of the instant action.

       Dated this 9th day of August, 2016.

Respectfully submitted,

By: S/Ronald E. Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:   (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-21310-CIV-ALTONAGA/O'Sullivan

RENZO BARBERI,

     Plaintiff,

     vs.

EVAPORS, LLC, a Florida
Limited Liability Company,
and ALFREDO MARTIN
PROPERTIES, INC., a Florida
Profit Corporation

     Defendants.
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 9th day of August, 2016, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        By: S/Ronald E. Stern
                        Ronald E. Stern, Esq.
                        Florida Bar No. 10089
                        THE ADVOCACY LAW FIRM, P.A.
                        1250 E. Hallandale Beach Blvd.
                        Suite 503
                        Hallandale Beach, Florida 33009
                        Telephone:   (954) 639-7016
                        Facsimile:   (954) 639-7198
                        Attorney for Plaintiff, RENZO BARBERI

## SERVICE LIST:

RENZO BARBERI v. EVAPORS, LLC, a Florida Limited Liability Company,
and ALFREDO MARTIN PROPERTIES, INC., a Florida Profit Corporation

United States District Court Southern District of Florida

CASE NO. 16-21310-civ-ALTONAGA/O'Sullivan

EVAPORS, LLC

**REGISTERED AGENT:**

CABADO, ESTHER M.
7341 WEST FLAGLER STREET
MIAMI, FLORIDA 33144

**VIA U.S. MAIL**

ALFREDO MARTIN PROPERTIES, INC.

**REGISTERED AGENT:**

MARTIN, ALFREDO
2435 S.W. 78TH COURT
MIAMI, FLORIDA 33155

**VIA U.S. MAIL**